UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MORGAN PIANKO,<br>　　　　　　　　　Plaintiff,<br>v.<br>GENERAL R.V. CENTER, INC.,<br>*et al.*,<br>　　　　　　　　　Defendants.<br>_____/ | Case No.: 20-13371<br><br>Paul D. Borman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER STRIKING OBJECTION TO PLAINTIFF'S 30(b)(6) DEPOSITION NOTICE (ECF No. 39)

On March 16, 2022, an objection to Plaintiff's Fed. R. Civ. P. 30(b)(6) deposition *duces tecum* notice was filed on behalf of the defendants. (ECF No. 39). The objection is **STRICKEN**. Pursuant to Local Rule 26.2(a), discovery material specified in Fed. R. Civ. P. 5(d)(1) may be filed only if it provides factual support for a motion or response, when it is read or otherwise used during a trial or other proceeding, on order of the Court, or if discovery material is needed for an appeal. Further, Fed. R. Civ. P. 5(d)(1) states responses to discovery, such as depositions, must not be filed. None of the exceptions listed in the Local Rule apply. The objection was inappropriately filed on the docket.

　　**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal

Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: March 24, 2022

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge