UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORGAN PIANKO,

Plaintiff,

v.

Case No. 20-13371
Hon. Linda V. Parker

GENERAL R.V. CENTER, INC.,
LOREN BAIDAS and JOY FOWLER,

Defendants.
_________________________________/

**STIPULATED ORDER OF DISMISSAL OF CLAIMS AND DETERMINATION OF ATTORNEY FEES & COSTS**

This matter having come before the Court upon stipulation by counsel for Plaintiff, Morgan Pianko, and Defendants, General R.V. Center, Inc., Loren Baidas, and Joy Fowler, and pursuant to a Settlement Agreement ("Agreement").

IT IS ORDERED Plaintiff's claims against Defendants General R.V. Center, Inc., Loren Baidas, and Joy Fowler are dismissed with prejudice pursuant to the Agreement between the parties.

IT IS FURTHER ORDERED that this Court shall determine the amount of the statutory attorney fees and costs to be awarded to Plaintiff Morgan Pianko as the prevailing party in Plaintiff's Title VII and Elliott-Larsen Civil Rights Act claims.

IT IS FURTHER ORDERED that Plaintiff shall file her motion for attorney

fees and costs on or before August 8, 2024.

IT IS FURTHER ORDERED that this order does not close the case.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 1, 2024

I stipulate to the entry of this Order:

*/s/ Michael C. Curhan*
Michael C. Curhan (P36354)
Attorney for Plaintiff

*/s/ Suzanne P. Bartos*
Suzanne P. Bartos (P36490)
Attorney for Defendants
General, Baidas and Fowler