UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORGAN PIANKO,

Plaintiff,

v.

Case No. 20-13371
Hon. Linda V. Parker

GENERAL R.V. CENTER, INC.,
LOREN BAIDAS, and
JOY FOWLER,

Defendants.
_______________________________________/

**PLAINTIFF MORGAN PIANKO'S MOTION FOR ATTORNEY FEES AND COSTS**

Plaintiff, Morgan Pianko ("Plaintiff"), by her counsel, pursuant to ECF No. 182, requests an award of attorney fees and costs based on the extensive pleadings, the attached brief and exhibits and the following:

1. This lawsuit involved claims of sex harassment and retaliation against Defendants pursuant to Title VII of the Civil Rights Act of 1964, as amended, 41 USC §2000e-2(a), (m) *et seq*. ("Title VII") and the Elliott-Larsen Civil Rights Act, MCLA §37.2801, *et seq*. ("ELCRA").

2. On July 1, 2024, Defendants agreed to pay Plaintiff $300,000 (with no request for confidentiality) along with a determination by this Court as to "the amount of the statutory attorney fees and costs to be awarded to Plaintiff Morgan

Pianko as the prevailing party in Plaintiff's Title VII and Elliott-Larsen Civil Rights Act claims." (ECF No. 182)

3. On or about July 1, 2024, pursuant to LR 7.1(a), Plaintiff's counsel conferred with Defendants' counsel seeking concurrence in the relief requested. However, concurrence was denied necessitating the filing of this motion.

For these reasons, Plaintiff Morgan Pianko respectfully requests this Honorable Court to enter an Order:

A. Attorney fees totaling $1,487,136 (Exhibit 1);

B. Costs totaling $65,410 (Exhibit 2);

C. Prejudgment interest at the federal postjudgment rate set forth in 28 U.S.C. §1961; and

D. Any other relief this Court deems equitable and just.

MICHAEL C. CURHAN ESQ.

By:/s/ Michael C. Curhan
Michael C. Curhan (P36354)
Attorney for Plaintiff
3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan 48302
(248) 593-5000

Dated: August 8, 2024